plaintiff in error. *Mr. A. A. McLaughlin, Mr. Francis A. Brogan, Mr. Alfred G. Ellick, Mr. Anon Raymond, Mr. Bruce Scott* and *Mr. Byron Clark* for defendants in error. [See *ante,* 731; and 260 U. S. 742.]

---

No. 967. A. J. HILLEGASS ET AL. *v.* BERTHA ROHM, AD-MINISTRATRIX, ETC. June 11, 1923. Petition for a writ of certiorari to the Supreme Court of the State of Pennsylvania denied. *Mr. A. J. Hillegass* and *Mr. Jo V. Morgan* for petitioners. No appearance for respondent.

---

No. 1066. SIMON A. MILLER *v.* UNITED STATES. June 11, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Joseph H. Stewart* for petitioner. No brief filed for the United States.

---

No. 1067. NATIONAL SURETY COMPANY *v.* EDWARD H. CHILDS, TRUSTEE IN BANKRUPTCY OF J. MENIST COM-PANY, INC. June 11, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. William J. Griffin, Mr. George Pfeil* and *Mr. Frank M. White* for petitioner. *Mr. Moses Cohen* for respondent.

---

No. 1069. WILLIAM B. MOSES *v.* LALIME & PARTRIDGE, INC., ET AL. June 11, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Frederic P. Warfield* for petitioner. *Mr. Marcus B. May* for respondents.

---

No. 1078. SUNRISE PICTURES CORPORATION *v.* ISAAC SILVERMAN. June 11, 1923. Petition for a writ of cer-

tiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. J. Joseph Lilly* for petitioner. *Mr. Joseph B. Kaufman* for respondent.

No. 1079. FEDERAL TRADE COMMISSION *v.* MENNEN COMPANY. June 11, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Solicitor General Beck, Mr. Alfred A. Wheat, Mr. W. H. Fuller* and *Mr. Adrien F. Busick* for petitioner. *Mr. Gilbert H. Montague* for respondent.

Nos. 1085 to 1089. UNITED STATES, OWNER, ETC. *v.* MORRIS E. HENDERSON ET AL., TRADING AS PHOENIX PAINT & VARNISH COMPANY. June 11, 1923. Petition for writs of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Solicitor General Beck, Mr. Alfred A. Wheat* and *Mr. F. R. Conway* for the United States. *Mr. Otto Wolff, Jr.,* for respondents.

No. 1093. SANDUSKY CEMENT COMPANY *v.* A. R. HAMILTON & COMPANY. June 11, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Alton C. Dustin* and *Mr. C. M. Horn* for petitioner. No appearance for respondent.

No. 1094. MARY E. McCAMPBELL *v.* NEW YORK LIFE INSURANCE COMPANY. June 11, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Hal Browne* and *Mr. Henry P. Burney* for petitioner. No appearance for respondent.

No. 1098. LOCOMOTIVE STOKER COMPANY *v.* ELVIN MECHANICAL STOKER COMPANY. June 11, 1923. Petition for a writ of certiorari to the Circuit Court of Ap-